**Opinion issued September 19, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00567-CV

_____

# IN RE PRESTON MARSHALL AND RUSK CAPITAL MANAGEMENT, L.L.C., Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Preston Marshall and Rusk Capital Management, L.L.C., have filed

a petition for a writ of mandamus challenging the trial court's order striking their

jury demand.[1]

---

[1]     The underlying case is *Preston Marshall, Individually, and Rusk Capital Management, L.L.C. v. MarOpCo, Inc., E. Pierce Marshall, Jr., Edwin K. Hunter, and Hunter, Hunter & Sonnier, LLC*, Cause No. 2015-35950, pending in the 11th

We deny the petition.  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.

District Court of Harris County, Texas, the Honorable Kristen Brauchle Hawkins presiding.